ACCEPTED
06-15-00009-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/14/2015 10:28:19 AM
DEBBIE AUTREY
CLERK

NO. 06-15-00009-CV

IN THE COURT OF APPEALS
SIXTH COURT OF APPEALS DISTRICT
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/14/2015 10:28:19 AM
DEBBIE AUTREY
Clerk

DENNIS RAYNER AND JOE TEX XPRESS, INC.,

*Appellants,*

V.

KRISTA DILLON,

*Appellee.*

ON APPEAL FROM THE 62ND DISTRICT COURT, HOPKINS COUNTY, TEXAS
HONORABLE WILL BIARD PRESIDING
CAUSE NO. CV40921

**AGREED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF**

TO THE HONORABLE SIXTH COURT OF APPEALS:

Appellants respectfully present this agreed first motion to extend the time in which to file their Reply Brief pursuant to Texas Rule of Appellate Procedure 38.6. No previous motions for extension of time to file the Reply Brief have been filed. In support of this motion, appellants would show the Court as follows:

## I.

Appellants' Reply Brief is currently due on December 28, 2015. Because of the events and matters described more fully below, appellants request an extension of an additional 30 days in which to file the Reply Brief or until January 27, 2016.

## II.

The requested extension is necessary because the following matters have prevented the undersigned from completing the Appellants' Brief and will preclude the undersigned from doing so sooner than January 27, 2016:

1.   The undersigned is assisting in the preparation of the appellees' brief in *Katherine Sanchez Matthews v. William Henry Matthews, Jr., Independent Executor of the Estate of William Henry Matthews*, III, No. 04-15-00461-CV, which is currently due on December 18, 2015;

2.   The undersigned had to attend meetings in Austin on December 10-11, 2015, as part of his duties as President-elect of the Texas Young Lawyers Association;

3.   The undersigned has a pre-planned out of state vacation during the entire week of December 21, 2015; and

4.   The undersigned has been assisting in the preparation of the jury charge in *Jim Weynand v. Olmos Equipment, Inc. et al.*, No. 2011-CI-08332, in the 285th District Court, Bexar County, Texas.

For all of the reasons explained above, counsel for appellants cannot complete the Appellants' Reply Brief by its current due date of December 28, 2015, and needs an additional 30 days in which to do so.

## III.

On December 14, 2015, the undersigned conferred with John Mercy, lead appellate counsel for appellee. Mr. Mercy indicated that this motion could be styled as an agreed motion as he would not be opposed to the relief requested herein.

WHEREFORE, PREMISES CONSIDERED, appellants respectfully request that this Court grant their motion for extension of time in which to file the Appellants' Reply Brief, extend the deadline in which to file the brief an additional 30 days up to and including January 27, 2016, and grant such other and further relief to which appellants may be justly and equitably entitled.

Respectfully submitted,

/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III
State Bar No. 24041135
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
Telephone: (210) 775-0882
Fax: (210) 826-0075
sam@hdappeals.com

ATTORNEY FOR APPELLANTS

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing motion has been served on the following counsel in accordance with the Texas Rules of Appellate Procedure, on this 14th day of December, 2015:

John Mercy                                            *Via email/eservice*
MERCY CARTER TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
jmercy@texarkanalawyers.com


Brent Goudarzi                                        *Via email/eservice*
GOUDARZI & YOUNG, L.L.P.
P.O. Drawer 910
Gilmer, Texas 75644
brent@goudarzi-young.com



/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III